UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISBEL RAMIREZ RODRIGUEZ,

Petitioner,

v. Case No.: 2:26-cv-01823-SPC-NPM

D.H.S. *et al.*,

Respondents.
_________________________________/

**OPINION AND ORDER**

Lisbel Ramirez Rodriguez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court found no significant likelihood Ramirez Rodriguez would be removed in the reasonably foreseeable future. But in light of Ramirez Rodriguez's criminal history, the Court ordered the government to conduct a custody review to determine whether his detention is necessary to protect the public and file a supplemental response addressing the results of the review. The government did not comply. Ramirez Rodriguez is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

The Court recognizes that releasing a convicted criminal from custody might cause anxiety. But the law is clear—the government cannot use indefinite detention as a stand-in for removal when its removal efforts fail.

What is more, there is a procedure for the continued detention of specially dangerous aliens subject to removal, and the government chose not to invoke it. *See* 8 C.F.R. § 241.14(f). Faithful application of the law as it currently stands allows for only one result—the petitioner's release from custody. Reasonable minds may differ on the wisdom of that result, but changes to the law must come from Congress, not a federal judge.

Accordingly, it is hereby **ORDERED:**

Lisbel Ramirez Rodriguez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Ramirez Rodriguez within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.
2. Within 48 hours of this Order, the respondents shall certify that Ramirez Rodriguez has been released from custody.
3. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record